FORM TO BE USED BY A PRISONER FILING AN
APPLICATION TO PROCEED IN FORMA PAUPERIS
IN A 42 U.S.C. § 1983 CIVIL RIGHTS ACTION
IN THE UNITED STATES DISTRICT COURT
FOR THE ~~NORTHERN~~ MIDDLE DISTRICT OF PENNSYLVANIA

I. CAPTION

RYAN MICHAEL KERWIN
(Enter the full name of plaintiff or plaintiffs)

1:CV00-1986

v.

STATE CORRECTIONAL INSTITUTION OF SMITHFIELD
PROGRAM REVIEW COMMITTEE OF SMITHFIELD
SUPERINTENDENT OF SMITHFIELD
(Enter the full name of defendant or defendants)

RECEIVED SCRANTON OCT 31 2000 PER DEPUTY CLERK

FILED SCRANTON NOV 14 2000 PER [signature]

Instructions:

The caption of this application should be identical to the caption of the complaint. A separate application must be completed by each plaintiff listed in the caption. Show your full name in the first line of the declaration below. Provide all information requested.

II. DECLARATION

I, (your name) RYAN MICHAEL KERWIN, declare that I am the plaintiff in the above-captioned 42 U.S.C. § 1983 civil rights action, and that I am entitled to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 because of my inability to prepay the full $150 fee to file this action or give security therefor. I understand that the granting of *in forma pauperis* status does not waive payment of the full filing fee.

In further support of this application, I provide the following information:

1. Do you presently have prison employment?   yes ( ) no (✓)

2. If you are not employed do you have other income?   yes (✓) no ( )

3. If "yes" to either of above, state source of monthly income and amount.

   source ~~[redacted]~~   amount ~~[redacted]~~

4. If "no," state date and place of last employment and amount of monthly income. (APPROXIMATELY 5½ MONTHES AGO)

   date and place (? DATE) I RECIEVED IDLE PAY ONCE A MONTH   amount $12.00

5. Do you have money in a prison account? yes (?) no (?) amount ? SEE INSTITION CERTIFICATION STATEMENT

6. Do you have money in a bank account?   yes ( ) no (✓) amount _____

7. Do you own or have an interest in valuable property such an automobile real estate, stocks, or bonds?   yes ( ) no (✓)

   If "yes," describe property _____ value _____

Page 1

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support.

   NONE

9. State whether you have received within the past 12 months any money from any of the following sources:

   a. Business, profession or other form of self-employment   yes ( )  no (✓)

   b. Rent payments, interest or dividends                    yes ( )  no (✓)

   c. Pensions, annuities or life insurance payments          yes ( )  no (✓)

   d. Gifts or inheritances                                   yes ( )  no (✓)

   e. Any other sources                                       yes (✓)  no ( )

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

   A FEW MONEY ORDERS; SEE INSTITUTION CERTIFICATION STATEMENT FOR DETAIL

### III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

10/20/00                            Bryan Henwin
DATE                                SIGNATURE OF PLAINTIFF

### IV. CERTIFICATION

Instructions:

Request that an appropriate prison official provide: 1) the information below concerning your **inmate trust fund account balances**; and 2) a certified copy of your **inmate trust fund account statement** showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ 24.38 on account to his credit at the State Correctional Institution at Smithfield institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ 22.69 ; and that the average monthly deposits during the during the last six months were $ 16.11 .

I further certify that the applicant has the following securities to his credit according to the records of said institution:

Nothing that we know of.

10/27/00                            Lisa A. Harris, Accounting Asst.
DATE                                SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL

|  Average Monthly Balance | Average Monthly deposits |
|---|---|
| 6.00 *+ | 7.20 *+ |
| 13.22 + | 14.40 + |
| 17.25 + | 5.04 + |
| 13.80 + | 60.00 + |
| 61.80 + | 10.00 + |
| 24.05 + | |
| 006 | 005 |
| 136.12 * | 96.64 * |
| 000 | 000 |
| 0.00 * | 0.00 * |
| 136.12 ÷ | 96.64 ÷ |
| 6.00 = | 6.00 = |
| 22.69 * | 16.11 * |
| 000 | 000 |
| 0.00 * | 0.00 * |



```
PA DEPT. OF CORRECTION          INMATE ACCOUNTS SYSTEM          RUN       IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING         DATE 10/27/2000
REMOTE PRINT TIME 11:38            FROM PURGE FILE              PAGE            1

   INMATE    NAME
   NUMBER    LAST              FIRST              MI           STARTING BALANCE
   DZ0246    KERWIN            RYAN                                   61.71

 BATCH      DATE                                           TRANSACTION  BALANCE AFTER
   #     MO DY YEAR    TRANSACTION DESCRIPTION              AMOUNT       TRANSACTION

 1279   04-05-2000  37  POSTAGE
                        FOR THE WEEK OF 4/5/00                -4.74         56.97
 1293   04-07-2000  10  MAINTENANCE PAYROLL
                        PAY PERIOD ENDING 4/1/00               7.20         64.17
 8098   04-07-2000  32  SMI COMMISSARY
                        FOR  4/07/2000                       -19.70         44.47
 1331   04-14-2000  38  INSIDE PURCHASES
                        LIBRARY COPIES                        -1.10         43.37
 1331   04-14-2000  38  INSIDE PURCHASES
                        LIBRARY COPIES                        -1.00         42.37
 1332   04-14-2000  41  MEDICAL
                        CO-PAY                                -2.00         40.37
 8105   04-14-2000  32  SMI COMMISSARY
                        FOR  4/14/2000                       -16.11         24.26
 8113   04-22-2000  32  SMI COMMISSARY
                        FOR  4/22/2000                       -11.38         12.88
 1372   04-24-2000  38  INSIDE PURCHASES
                        LIBRARY COPIES                         -.30         12.58
 8119   04-28-2000  32  SMI COMMISSARY
                        FOR  4/28/2000                        -5.96          6.62
 8119   04-28-2000  32  SMI COMMISSARY
                        FOR  4/28/2000                         -.62          6.00
 1449   05-05-2000  41  MEDICAL
                        MEDICAL CO-PAY                        -2.00          4.00
 1453   05-05-2000  10  MAINTENANCE PAYROLL
                        PAY PERIOD ENDING 4/29/00             14.40         18.40
 1453   05-05-2000  50  ACT 84 TRANSACTION *
                        0743/1999            05/05/00         -2.88         15.52
 8126   05-05-2000  32  SMI COMMISSARY
                        FOR  5/05/2000                        -2.30         13.22
 1617   06-05-2000  10  MAINTENANCE PAYROLL
                        PAY PERIOD ENDING 5/27/2000            5.04         18.26
 1617   06-05-2000  50  ACT 84 TRANSACTION *
                        0743/1999            06/05/00         -1.01         17.25

                        BALANCE AFTER THESE TRANSACTIONS------>             17.25
```

```
 PA DEPT. OF CORRECTION        INMATE ACCOUNTS SYSTEM        RUN      IAS365
 BUREAU OF COMPUTER SERVICES    PARTIAL ACCOUNT LISTING      DATE 10/27/2000
 REMOTE PRINT TIME 11:38          FROM ACTIVE FILE           PAGE           1

    INMATE    NAME
    NUMBER    LAST              FIRST          MI        STARTING BALANCE
    DZ0246    KERWIN            RYAN                          17.25

    BATCH     DATE                                   TRANSACTION  BALANCE AFTER
      #     MO DY YEAR      TRANSACTION DESCRIPTION     AMOUNT     TRANSACTION
```

| BATCH # | DATE | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8202 | 07-20-2000 | 32 | SMI COMMISSARY FOR 7/20/2000 | -1.74 | 15.51 |
| 8209 | 07-27-2000 | 32 | SMI COMMISSARY FOR 7/27/2000 | -1.71 | 13.80 |
| 2093 | 08-21-2000 | 13 | PERSONAL GIFT FROM MARCHRONE, CHRIS E147205 | 60.00 | 73.80 |
| 2093 | 08-21-2000 | 50 | ACT 84 TRANSACTION * 0743/1999  08/21/00 | -12.00 | 61.80 |
| 2292 | 09-18-2000 | 36 | PRINTED MATERIALS THE MAGAZINE WIZARD | -1.00 | 60.80 |
| 2330 | 09-22-2000 | 13 | PERSONAL GIFT FROM NEARY, DENISE E074378 | 10.00 | 70.80 |
| 2330 | 09-22-2000 | 50 | ACT 84 TRANSACTION * 0743/1999  09/22/00 | -2.00 | 68.80 |
| 8266 | 09-22-2000 | 32 | SMI COMMISSARY FOR 9/22/2000 | -28.61 | 40.19 |
| 2372 | 09-28-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES | -.80 | 39.39 |
| 8272 | 09-28-2000 | 32 | SMI COMMISSARY FOR 9/28/2000 | -15.34 | 24.05 |
| 2408 | 10-05-2000 | 38 | INSIDE PURCHASES LIBRARY COPY(S) | -.50 | 23.55 |
| 8280 | 10-06-2000 | 32 | SMI COMMISSARY FOR 10/06/2000 | -10.13 | 13.42 |
| 2455 | 10-12-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES | -.10 | 13.32 |
| 8287 | 10-13-2000 | 32 | SMI COMMISSARY FOR 10/13/2000 | -9.27 | 4.05 |
| 2486 | 10-19-2000 | 38 | INSIDE PURCHASES LIBRARY COPIES | -.40 | 3.65 |
| 2492 | 10-20-2000 | 10 | MAINTENANCE PAYROLL PAY PERIOD ENDING 10/14/2000 | 13.68 | 17.33 |
| 2492 | 10-20-2000 | 50 | ACT 84 TRANSACTION * 0743/1999  10/20/00 | -2.74 | 14.59 |
| 8294 | 10-20-2000 | 32 | SMI COMMISSARY FOR 10/20/2000 | -3.64 | 10.95 |
| 2499 | 10-23-2000 | 13 | PERSONAL GIFT FROM MARCHIONE, CHRISTINE F61049 | 50.00 | 60.95 |
| 2499 | 10-23-2000 | 50 | ACT 84 TRANSACTION * 0743/1999  10/23/00 | -10.00 | 50.95 |
| 8301 | 10-27-2000 | 32 | SMI COMMISSARY FOR 10/27/2000 | -26.57 | 24.38 |

                       BALANCE AFTER THESE TRANSACTIONS------>    24.38