IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN MICHAEL KERWIN, | : | CASE NO. 1:CV-00-01986 |
| PLAINTIFF | : | |
| VS | : | JUDGE WILLIAM W CALDWELL |
| S.C.I. SMITHFIELD, | : | |
| ET AL DEFENDANTS | : | |

PETITION

FILED
HARRISBURG
NOV 3 0 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

THIS PETITIONER, RYAN M. KERWIN, RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT APPOINT CIVIL COUNSEL TO FILE HIS PRE TRIAL BRIEFS AND MOTIONS FOR HIS 1983 CIVIL ACTION AGAINST S.C.I. SMITHFIELD, AND IN SUPPORT THEREOF AVERS:

1. PETITIONER IS CURRENTLY CONFINED IN S.C.I. SMITHFIELD

2. PETITIONER HAS PROCEEDED IN FORMA PAUPERIS IN REGARDS TO THIS CIVIL ACTION AND IS AN INDIGENT INMATE

3. PETITIONER IS NOT WELL VERSED IN THE LAW AND IS UNABLE TO PROPERLY FILE MOTIONS OR BRIEFS ON HIS BEHALF WITHOUT THE APPOINTMENT AND ASSISTANCE OF COUNSEL

4. IT IS THIS PETITIONERS BELIEF THAT THE APPOINTMENT OF COUNSEL

HE REQUESTS IS AVAILABLE TO HIM FROM READING THE GEORGET[OWN] LAW JOURNAL VOLUME 85 1997 UNDER THE SUBSECTION "PROVI[SIONS,] APPLICABILITY AND RELIEF" WHICH STATES: INDIGENT PRISONERS [SEEKING] RELIEF UNDER SECTION 1983 MAY PETITION A FEDERAL COURT TO [APPOINT] COUNSEL TO REPRESENT THEM (3049)

WHEREFORE, THIS PETITIONER RESPECTFULLY REQUESTS THAT THIS H[ONORABLE] COURT APPOINT HIM COUNSEL TO FILE HIS PRE-TRIAL MOTIONS AND BRIE[FS FOR] HIS 1983 CIVIL ACTION

RESPECTFULLY SUBMITT[ED,]
RYAN MICHAEL KERWIN

*Ryan Michael Kerwin*