(8)

12-1-00 sc

Clerks Office                                                                11/27/00

R.E: Bryan Michael Kerwin
        vs
S.C.I. Smithfield

FILED
HARRISBURG, PA
NOV 30 2000
MARY E. D'ANDREA, CLERK
Per _____

Case #: 1:CV-00-01986

   I am sending this in response to your letter that I have just recieved on 11/22/00. In that letter your office acknowledged reciept of my 1983 civil action and requested that I send your office completed Marshall forms so that my law suit could be hand served to each defendant. However those forms were not enclosed and the law library at my prison does not have anymore and the librarian was unable to tell me when they would be getting more. Can you please send me three Marshall forms in the mail so that I can put this problem to rest. Furthermore, please find the petition enclosed in this letter so that it may be filed with the court. Thank you for your time and I await your response.

                                                            Bryan Kerwin