R.E.: Bryan Michael Herwin
vs
S.C.I. Smithfield

case #: 1:00-CV-01986

12/9/00

**FILED**
**HARRISBURG**

DEC 13 2000

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Clerks Office,

I have just been notified today that I am going on writ to the Bucks County Correctional Facility on December 18, 2000. I am notifying this court so that it may forward any documents regarding my case to that adress if need be. Upon my return to my state prison I will again notify this court of my change of adress. Below is the adress that I will be able to be reached at after the 18th.

Bucks County Correctional Facility
1730 South Easton Rd.
Doylestown, P.a. 18901

respectfully,
Bryan Herwin
DZ0246