ORIGINAL

10
12/28/00

R.E.: Bryan Michael Kerwin

vs

S.C.I. Smithfield

FILED
HARRISBURG, PA

DEC 27 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Case #: 1:00-CV-01986

Clerk of Courts,

    I am notifying this court that I have just been returned to S.C.I. Smithfield today, this day of December 21, 2000. Please forward all future correspondence regarding my legal matter to my current address. thank you.

Bryan Kerwin
DZ0246