OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

**MARY E. D'ANDREA**
Clerk of Court

*Divisional Offices*

Harrisburg:     (717) 221-3920
Williamsport:  (570) 323-6380

January 11, 2001

Mr. Ryan Kerwin
DZ-0246
SCI-Smithfield
P.O. Box 999
1120 Pike St.
Huntingdon, PA 16652

Re:  Kerwin v. SCI-Smithfield, et al.,
     Civil No. 1:CV-00-1986 (Judge Caldwell)

Dear Mr. Kerwin:

In response to your letter of December 27, 2000 regarding the above-referenced action, please be advised that service of the complaint has not yet been ordered.

Sincerely,

James P. Van Wie, Esquire
Pro Se Law Clerk

JPVW:laf