*15*
*1/26/01*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RYAN MICHAEL KERWIN,                 :
                                     :
          Plaintiff                  :
                                     :
     v.                              :     CIVIL NO. 1:CV-00-1986
                                     :
STATE CORRECTIONAL INSTITUTION       :     (Judge Caldwell)
OF SMITHFIELD, ET AL.,               :
                                     :
          Defendants                 :

FILED
HARRISBURG, PA

JAN 2 5 2001

MARY E. D'A____, ___ CLERK
PER _____
       DEPUTY CLERK

## ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

     Ryan Michael Kerwin, an inmate at the Smithfield State
Correctional Institution, Huntingdon, Pennsylvania, filed this
civil rights action under 42 U.S.C. § 1983.  Presently pending
before the court is plaintiff's motion requesting leave of court to
file an amended complaint.

     Since service of the original complaint has not yet been
ordered, Kerwin may submit an amended complaint as a matter of
right.  See Fed. R. Civ. P. 15(a).  Consequently, plaintiff's
motion, although unnecessary, will be granted.

     Accordingly, this 25th day of January, 2001, it is ordered
that:

2.  Within twenty days of the date of this order, the
    plaintiff may file an amended complaint.  Any
    amended complaint must use the form complaint
    attached to this order.

3.  If the plaintiff fails to submit a timely amended
    complaint, the court will examine the original
    complaint for legal sufficiency and may dismiss this
    action if the original complaint is frivolous, fails
    to state a claim upon which relief may be granted,
    or is malicious.

William W. Caldwell
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 25, 2001

Re:  1:00-cv-01986    Kerwin v. State Correction

True and correct copies of the attached were mailed by the clerk
to the following:

Ryan Michael Kerwin
SCI-SM
#DZ0246
P.O. Box 999
1120 Pike St.
Huntingdon, PA  16652

*W compel form*

cc:
Judge                          ( ✓ )
Magistrate Judge               (  )
U.S. Marshal                   (  )
Probation                      (  )
U.S. Attorney                  (  )
Atty. for Deft.                (  )
Defendant                      (  )
Warden                         (  )
Bureau of Prisons              (  )
Ct Reporter                    (  )
Ctroom Deputy                  (  )
Orig-Security                  (  )
Federal Public Defender        (  )
Summons Issued                 (  ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5            (  )
Order to Show Cause            (  ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen    ( )    PA Atty Gen ( )
                                        DA of County   ( )    Respondents ( )

Bankruptcy Court               (  )
Other____*case*____            ( ✓ )

MARY E. D'ANDREA, Clerk

DATE: ____1-25-01____            BY: _____
                                    Deputy Clerk