*Orig*

(16)
2-2-01
*sc*

RYAN MICHAEL KERWIN                    :  CASE # :    1: CV-00-1986

                                       :

              VS.                      :  JUDGE WILLIAM W. CALDWELL

                                       :

S.C.I. SMITHFIELD,                     :          **FILED**
                                                HARRISBURG, PA
ET. AL DEFENDANTS                      :
                                                 FEB 1, 2001

                                            MARY E. D'ANDREA, CLERK
                                            Per _____
                                                    Deputy Clerk

CLERK OF COURT,

    ENCLOSED IS THE FORM YOU SENT ME TO AMEND MY 1983 CIVIL COMPLAINT.
I AM FILING THIS MOTION NOT TO BE USED ALONE BUT IN ADDITION TO MY
ORIGINAL CIVIL COMPLAINT.

                                            RYAN KERWIN

                                            D20246

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

__DZ0246_____  :
(Inmate Number)                                  :
                                                              :
_RYAN  KERWIN_____  :
(Name of Plaintiff)                                 :            _1:CV-00-1986____
                                                              :            (Case Number)
_S.C.I. SMITHFIELD    P.O. BOX 999_  :
(Address of Plaintiff)                             :
                                                              :
_1120 PIKE ST.  HUNTINGDON, P.A. 16652_  :
                                                              :            COMPLAINT
          vs.                                              :
                                                              :
_S.C.I. SMITHFIELD,_____  :
                                                              :
_(ET. AL DEFENDANTS)_____  :
                                                              :
_(DEFENDANTS LISTED IN PARAGRAPH II)_  :
(Names of Defendants)                         :

TO BE FILED UNDER:  __✓__ 42 U.S.C. § 1983 - STATE OFFICIALS

_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.    Previous Lawsuits

    A.    If you have filed any other lawsuits in federal court while a prisoner please list the capti
and case number including year, as well as the name of the judicial officer to whom it w
assigned:

_____

_____

_____

II.   Exhaustion of Administrative Remedies

    A.    Is there a grievance procedure available at your institution?
        __✓_ Yes    ___No

    B.    Have you filed a grievance concerning the facts relating to this complaint?
        ____Yes   _✓_No

        If your answer is no, explain why not _A GRIEVANCE IS NOT AN OPTION IN THIS_

        _INSTANCE. HOWEVER, ALL INSTITUTIONAL REMEDIES WERE EXHAUSTED._

    C.    Is the grievance process completed? ___Yes  _✓_No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position the second blank, and his/her place of employment in the third blank. Use Item B for the nam positions and places of employment of any additional defendants.)

A. Defendant ___(ALL DEFENDANTS ARE)___ is employe
as ___DISCIPLINARY CUSTODY AUTHORITIES___ at ___S.C.I. SMITHFIELD & OFFICE OF CHIEF COUNSEL___

B. Additional defendants ___ROBERT S BITNER, OFFICE OF CHIEF COUNSEL : JAMES M MORGAN, SUPERINTENDANT OF S.C.I. SMITHFIELD : (PROGRAM REVIEW COMMITTEE) A.C. BIVIANO, DEPUTY FOR CENTRALIZED SVS. : M HARLOW, CAPTAIN : F.R. ROYER, A/CORR CLASS AND PROGRAM MANAGER___

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involv including dates and places. Do not give any legal arguments or cite any cases or statutes. Att extra sheets if necessary.)

1. ___(STATEMENT OF CLAIM ALONG WITH ACCOMPANYING EXHIBITS ARE ATTACHED TO ORIGINAL COMPLAINT AND THE PETITION I FILED TO AMEND IT)___

2. ___

3. ___

2

V.    Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
cases or statutes.)

1.    I AM ASKING TO BE ABLE TO SUE ALL THE DEFENDANTS IN THIS CASE IN THE

OFFICIAL AND INDIVIDUAL CAPACITY FOR ONE OR ALL OF THE FOLLOWING

DAMAGES (COMPENSATORY, NOMINAL, PUNITIVE, EXEMPLARY) IN EXCESS OF

$4,200.00 AS WELL AS FOR FUTURE ATTORNEY FEES

2.    _____

_____

_____

_____

3.    _____

_____

_____

_____

Signed this ___29___ day of ___JANUARY___, 19 2001.

_____Bryan Henry_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

___1/29/01___          ___Bryan Henry___
(Date)                 (Signature of Plaintiff)

3

**FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS
COMPLAINT UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331**

**COVER SHEET**

THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A
COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND
COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The cost for filing a civil rights complaint is $150.00.

If you do not have sufficient funds to pay the full filing fee of $150.00 you need permission to proceed *in
forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial
filing fee of 20 percent of the greater of:

    1)     the average monthly deposits to your prison account for the past six months; or

    2)     the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20%
of the preceding month's deposits credited to your account until the entire filing fee is paid.

**CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF
THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE
DEFENDANTS ARE SERVED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      1. You shall file a complaint by completing and signing the attached complaint form
and mailing it to the Clerk of Court along with the full filing fee of $150.00. (In the event
attachments are needed to complete the allegations in the complaint, no more than three
(3) pages of attachments will be allowed.) If you submit the full filing fee along with the
complaint, you DO NOT have to complete the rest of the forms in this packet. **Check here
if you are submitting the filing fee with the complaint form.** \_\_\_\_\_

      2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C.
§ 1915 without paying the full filing fee at this time by completing the following: (1)
Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization
Form. <u>You must properly complete, sign and submit all three standard forms or your
complaint may be returned to you by the Clerk of Court.</u> **Check here if you are filing your
complaint under 28 U.S.C. § 1915 without full prepayment of fees.** \_\_\_\_\_

**Please Note:** If your case is allowed to proceed and you are awarded compensatory damages
against a correctional facility or an official or agent of a correctional facility, the damage
award will first be used to satisfy any outstanding restitution orders pending. Before
payment of any compensatory damages, reasonable attempts will be made to notify the
victims of the crime for which you were convicted concerning payment of such damages.
The restitution orders must be fully paid before any part of the award goes to you.

**DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**