UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RYAN MICHAEL KERWIN, :
:
    Plaintiff :
: CIVIL NO. 1:CV-00-1986
v. :
: (Judge Caldwell)
ROBERT S. BITNER, et. al, :
:
    Defendants :

FILED
HARRISBURG, PA

JUL 1 1 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

O R D E R

AND NOW, this 10th day of July, 2001, it is ordered that:

    1. Plaintiff's motion to proceed in forma pauperis (doc. 1) is construed as a motion to proceed without full prepayment of fees and costs and is granted.

    2. The amended complaint (doc. 16) is dismissed for failure to state a claim upon which relief may be granted.[1]

    3. The Clerk of Court is directed to close this case.

    4. Any appeal from this order would not be taken in good faith.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge

---

[1] The dismissal of this action does not relieve Kerwin of the obligation to pay the full filing fee. Until the filing fee is paid in full, the Administrative Order, issued November 28, 2000, is binding on the Superintendent of SCI-Smithfield and the superintendent/warden of any correctional facility to which Kerwin may be transferred.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 11, 2001

Re:  1:00-cv-01986   Kerwin v. State Correction


True and correct copies of the attached were mailed by the clerk to the following:

    Ryan Michael Kerwin
    SCI-SM
    #DZ0246
    P.O. Box 999
    1120 Pike St.
    Huntingdon, PA   16652


cc:
Judge                           (✓)         (✓) Pro Se Law Clerk
Magistrate Judge                ( )         ( ) INS
U.S. Marshal                    ( )         ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   (✓)
Federal Public Defender         ( )
Summons Issued                  ( )   with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )   with Petition attached & mailed certified mail
                                      to:  US Atty Gen   ( )    PA Atty Gen ( )
                                           DA of County  ( )    Respondents ( )
Bankruptcy Court                ( )
Other_____    ( )

                                                MARY E. D'ANDREA, Clerk

DATE:  7/11/01                               BY: _____
                                                    Deputy Clerk