FILED
HARRISBURG

AUG 0 8 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

ORIGINAL

(19)
8-10-01
SC

NOTICE OF APPEAL

TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. DISTRICT COURT - MIDDLE DISTRICT OF PENNSYLVANIA, (HARRISBURG)

FULL CAPTION IN DISTRICT COURT:

CIRCUIT COURT DOCKET NO. _____

RYAN MICHAEL KERWIN

DISTRICT COURT

VS.

DOCKET NO. 1:CV-00-1986

*J. Caldwell*

ROBERT S. BITNER, ET AL.     DISTRICT COURT

DEFENDANTS                   JUDGE WILLIAM W. CALDWELL

NOTICE IS HEREBY GIVEN THAT, RYAN MICHAEL KERWIN APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT FOR (X) DISMISSAL; ( ) JUDGEMENT; ( ) ORDER; ( ) OTHER (SPECIFY): CAUSE: SECTION 1983 CIVIL ACTION

ENTERED IN THIS ACTION ON JULY 10, 2001.

CIVIL APPEAL INFORMATION STATEMENT:

(PART I)

PLEASE TYPE          (ATTACH ADDITIONAL PAGES IF NECESSARY)

SHORT CAPTION WITH IDENTITY OF APPELLANT:   APPEAL FROM DISTRICT COURT

RYAN MICHAEL KERWIN, (APPELLANT)   DISTRICT: <u>MIDDLE DISTRICT OF P.A.</u>

VS   D.C. DOCKET NO. <u>1:CV-00-1986</u>

ROBERT S. BITNER, ET AL DEFENDANTS   DATE JUDGEMENT FILED IN

DISTRICT COURT: <u>JULY 10, 2001</u>

---

IS THIS A CROSS APPEAL? ( ) YES / (X) NO.

WAS THERE A PREVIOUS APPEAL IN THIS CASE? ( ) YES / (X) NO.

IF YES, COURT TITLE: _____

DOCKET NO. _____

CITATION IF REPORTED: _____

STATE ANY OTHER RELATED PROCEEDINGS IN THIS COURT OR DISTRICT COURT: <u>NONE</u>

(PART II)

PLEASE INDICATE BASIS OF APPEAL:

<u>X</u> APPEAL WILL CHALLENGE BOTH THE MERITS OF THE UNDERLYING DISMISSAL OF THE 1983 CIVIL ACTION AND THE VALIDITY OF THE 1983 CIVIL ACTION.

DATE: 8/2/2001

_Ryan Kerwin_
(SIGNATURE OF APPELLANT)
RYAN KERWIN   DZ0246
SMITHFIELD, P.O. BOX 999, 1120 PIKE ST., HUNTINGDON, P.A. 16652