ORIGINAL

(20)
8-10-01
SC

MOTION FOR APPOINTMENT OF COUNSEL

TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. DISTRICT COURT - MIDDLE DISTRICT OF PENNSYLVANIA, (HARRISBURG)

FULL CAPTION IN DISTRICT COURT :

FILED
HARRISBURG
AUG 0 8 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

CIRCUIT COURT DOCKET NO. _____

RYAN MICHAEL KERWIN

DISTRICT COURT

VS.

DOCKET NO. 1:CV-00-1986

ROBERT S. BITNER, ET AL.    DISTRICT COURT

DEFENDANTS    JUDGE WILLIAM W CALDWELL

PLAINTIFF HEREIN MOVES IN THIS COURT FOR AN ORDER APPOINTING (ANGUS LOVE, 924 CHERRY ST, STE 523, PHILADELPHIA, P.A. 19107) A MEMBER OF THE PENNSYLVANIA BAR, TO REPRESENT HIM BECAUSE HE CANNOT AFFORD TO EMPLOY AN ATTORNEY. THIS MOTION IS BASED ON PLAINTIFFS AFFIDAVITS IN SUPPORT OF HIS MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL. LEGAL AUTHORITY FOR APPOINTMENT AND COMPENSATION OF COUNSEL IS 28 U.S.C. SEC 1915(D) AND 18 U.S.C. SEC 3006A (G), AS INTERPRETED IN MCCLAIN VS. MANSON 343 F.SUPP. 382 (D.CONN. 1972)

SIG: Ryan Kerwin

DATE: 8/2/01

RYAN KERWIN DZ0246, SMITHFIELD
P.O. BOX 999, 1120 PIKE ST., HUNTINGDON
P.A. 16652

ORIGINAL

TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

RECEIVED
HARRISBURG, PA
AUG 08 2001
MARY E. D'ANDREA, CLERK
Per _____

RYAN MICHAEL KERWIN

DISTRICT COURT

VS

DOCKET NO.: 1:CV-00-1986

ROBERT S BITNER, ET AL    DISTRICT COURT

DEFENDANTS    JUDGE: WILLIAM W. CALDWELL

CLERK OF COURTS, (TO BE FORWARDED TO JUDGE DECIDING PETITION)

I NAMED ANGUS LOVE ESQUIRE AS MY REQUESTED ATTORNEY IN MY PETITION FOR APPOINTMENT OF COUNSEL. I DID SO BECAUSE IT IS TO MY KNOWLEDGE THAT YOU MUST NAME A SPECIFIC ATTORNEY ON THE FORM. ALTHOUGH HE IS MY FIRST ATTORNEY OF CHOICE IF IT IS DECIDED BY THE COURT THAT THEY DO NOT WISH TO APPOINT HIM AS MY ATTORNEY I WOULD ASK THAT AN ALTERNATE BE APPOINTED IN HIS STEAD. THE FACT THAT THE DISTRICT COURT DISMISSED A COMPLETELY UNARGUABLE CIVIL ISSUE JUST ENUNCIATES THE NEED FOR AN ATTORNEY TO FILE MY APPEAL BRIEF. I AM NOT WELL VERSED IN THE LAW AND I FEEL THAT IF THE DISTRICT COURT HAD APPROVED MY ORIGINAL PETITION FOR APPOINTMENT OF COUNSEL THAT THE MOTIONS SET FORTH BY THAT ATTORNEY WOULD HAVE PREVENTED MY COMPLAINT FROM BEING DISMISSED. I WOULD APPRECIATE YOUR ASSISTANCE ON THIS MATTER AND I LOOK FORWARD TO YOUR RESPONSE.

DATE: 8/2/01    RYAN KERWIN

P.S.: IF THIS IS NOT THE PROPER ADRESS TO SEND    DZ0246
MY APPEAL TO PLEASE FORWARD TO THE PROPER ADRESS    S.C.I. SMITHFIELD