INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

RYAN MICHAEL KERWIN             Dist. Ct. Docket # 1:00-CV-1986
    Plaintiff/Appellant

(Judge William W. Caldwell)

v.

Ct. of Appeals Docket #_____

ROBERT S. BITNER, et al.
    Defendants/Appellees

NOTICE OF APPEAL FILED 8/8/01   COURT REPORTERS: No
FILING FEE:
Notice of Appeal        ____ Paid   _X_ Not Paid   ____ Seaman
Docket Fee              ____ Paid   _X_ Not Paid   ____ US or Govt.

CJA Appointment: (Attach copy of order) N/A
___Private Attorney
___Defender Association or Federal Public Defender
___Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)
_X_ Motion Granted In First Instance
___Denied
___Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order) N/A
___Granted
___Denied
___Pending

MOTIONS CURRENTLY PENDING : No

COPIES TO:
Judge William W. Caldwell              Ryan Michael Kerwin, Plaintiff
PRSLC Taggert                           File Copy

                                              Shawna L. Cihak
DATED: August 10, 2001                 Deputy Clerk

Please return the enclosed copy of this letter as proof of receipt.