OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4929

pacer.ca3.uscourts.gov

August 15, 2001

NOTICE OF DOCKETING OF APPEAL

Kerwin v. Bitner

No(s): 00-cv-01986

(Honorable William W. Caldwell)

FILED
HARRISBURG

AUG 2 0 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

An appeal by **Michael Kerwin** was filed in the above-captioned case on 8/8/01, and docketed in this Court on 8/15/01, at No. **01-3184**.

Kindly use the Appeals Docket No. **01-3184** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk