# JUDGE'S COPY

copy
(24)

1:CV-00-1986

```
United States Treasury

Mon Feb  4 12:21:08 2002

UNITED STATES DISTRICT COURT
SCRANTON      , PA
Receipt No.  111 135711
Cashier           jill

Tender Type  CHECK
Check Number: 72032

Transaction Type  AR

DW Code   Div No    Acct
4687        1       0869PL

Amount              $   21.49

SCI SMITHFIELD 1120 PIKE ST. HUNTING
DON, PA 16652

PARTIAL FILING FEE FOR M@O IN 1:CV-0
0-1986
```

**FILED**
**HARRISBURG**

FEB 0 4 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK