```
02/28/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                          1
TRNS-ADJ        DATE    CASE NO         FUND    DEF             AMOUNT
***************************************************************************************
                                        SCRANTON
80300280501.    02/27/02  3:02-OP-1     6855XX   1              -14.52
80300280502.    02/27/02                0869PL   0               14.52
80300280601.    02/27/02  3:02-OP-1     6855XX   1               -6.43
80300280602.    02/27/02                0869PL   0                2.43
80300280603.    02/27/02                5100PL   0                4.00
80300280701.    02/27/02  3:02-OP-1     6855XX   1              -52.90
80300280702.    02/27/02                0869PL   0                7.96
80300280703.    02/27/02                5100PL   0               10.00
80300280704.    02/27/02                5100PL   0               10.00
80300280705.    02/27/02                5100PL   0                5.02
80300280706.    02/27/02                5100PL   0                5.92
80300280708.    02/27/02                5100PL   0                8.00
                                        DIVISION TOTAL           0.00
```

FILED
SCRANTON
FEB 28 2002
PER _____
DEPUTY CLERK

(25)
M
2/28/02

T2807-L  $6.00  A01-3184 (M.D. 1:00-1986) KERWIN

PMT IS TOWARD APPEAL FILING FEE