

FILED
MAR 25 2002
PER_____
HARRISBURG, PA DEPUTY CLERK

```
Mon Mar 25 15:02:53 2002

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   111 136108
Cashier       pamela

Tender Type   CHECK

Check Number: 79749

Transaction Type   AR

DØ Code    Div No    Acct
4667          1      0869PL

Amount           $    10.00

STATE CORR INST SMITHFIELD 11220 PIK
E ST HUNTINGDON, PA 16652

PARTIAL APPEAL FEE IN 00-1986-APPEAL
NO. 01-3184


               bn
```

00-1986
appeal No. 01-3184
partial fee for
appeal

/ J. Caldwell
PRSIC Jaggart