```
Fri Apr 26 12:08:44 2002

UNITED STATES DISTRICT COURT
  SCRANTON    , PA

Receipt No.   111-136323
Cashier       jill

Tender Type  CHECK

Check Number: 80274

Transaction Type   AR

D# Code    Div No    Acct
4667         1      0869PL

Amount              $    67.51

SCI SMITHFIELD 1120 PIKE ST, HUNTING
DON, PA 16652
```

CV-00-1986
Appeal filing fee

**FILED**
HARRISBURG, PA

APR 26 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk